# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Apple Tree Life Sciences, Inc., *et al.*,[1] | Case No. 25-12177 (LSS) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew M. Berdon, of Quinn Emanuel Urquhart & Sullivan, LLP to represent the debtors and debtors in possession in the above-captioned cases and any and all adversary proceedings.

Dated: December 17, 2025  
Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*
Brett M. Haywood (No. 6166)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:  bhaywood@potteranderson.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Apple Tree Life Sciences, Inc. (4506); ATP Life Science Ventures, L.P. (8224); ATP III GP, Ltd. (6091); Apertor Pharmaceuticals, Inc. (3161); Initial Therapeutics, Inc. (2453); Marlinspike Therapeutics, Inc. (4757); and Red Queen Therapeutics, Inc. (8563). The location of the Debtors' service address in these chapter 11 cases is 230 Park Avenue, Suite 2800, New York, NY 10169.

IMPAC - 12595487v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: December 17, 2025            */s/ Andrew M. Berdon*
                                    Andrew M. Berdon, Esq.
                                    **QUINN EMANUEL URQUHART**
                                    **& SULLIVAN, LLP**
                                    295 5th Avenue, 9th Floor
                                    New York, New York 10016
                                    Telephone: (212) 849-7000
                                    Facsimile: (212) 849-7100
                                    Email: andrewberdon@quinnemanuel.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 17th, 2025**            **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**                  **UNITED STATES BANKRUPTCY JUDGE**

IMPAC - 12595487v.1