IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Apple Tree Life Sciences, Inc., *et al*.,[1] | Case No. 25-12177 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: January 20, 2026 at 2:30 p.m. (ET)**<br>**Objection Deadline: January 6, 2026 at 4:00 p.m. (ET)** |

### NOTICE OF DEBTORS' MOTION FOR AN ORDER (I) ENFORCING THE AUTOMATIC STAY AND (II) IMPOSING SANCTIONS AGAINST RIGMORA

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Debtors' Motion for an Order (I) Enforcing the Automatic Stay and (II) Imposing Sanctions Against Rigmora* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **January 6, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned proposed counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Laurie Selber

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Apple Tree Life Sciences, Inc. (4506); ATP Life Science Ventures, L.P. (8224); ATP III GP, Ltd. (6091); Apertor Pharmaceuticals, Inc. (3161); Initial Therapeutics, Inc. (2453); Marlinspike Therapeutics, Inc. (4757); and Red Queen Therapeutics, Inc. (8563). The location of the Debtors' service address in these chapter 11 cases is 230 Park Avenue, Suite 2800, New York, NY 10169.

Silverstein at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **January 20, 2026 at 2:30 p.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: December 31, 2025<br>Wilmington, Delaware | Respectfully submitted, |
| Andrew M. Berdon, Esq. (admitted *pro hac vice*)<br>Patricia B. Tomasco, Esq. (admitted *pro hac vice*)<br>Rachel E. Epstein, Esq. (admitted *pro hac vice*)<br>Alain Jaquet, Esq. (admitted *pro hac vice*)<br>Rachel Harrington, Esq. (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: andrewberdon@quinnemanuel.com<br>  pattytomasco@quinnemanuel.com<br>  rachelepstein@quinnemanuel.com<br>  alainjaquet@quinnemanuel.com<br>  rachelharrington@quinnemanuel.com<br><br>-and-<br><br>Eric D. Winston, Esq. (admitted *pro hac vice*)<br>Razmig Izakelian, Esq. (admitted *pro hac vice*)<br>Benjamin Roth, Esq. (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: ericwinston@quinnemanuel.com<br>  razmigizakelian@quinnemanuel.com<br>  benroth@quinnemanuel.com | */s/ L. Katherine Good*<br>L. Katherine Good (No. 5101)<br>Brett M. Haywood (No. 6166)<br>Shannon A. Forshay (No. 7293)<br>Ethan H. Sulik (No. 7270)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>  bhaywood@potteranderson.com<br>  sforshay@potteranderson.com<br>  esulik@potteranderson.com |

*Proposed Counsel to the Debtors and Debtors in Possession*