**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>APPLE TREE LIFE SCIENCES, INC.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-12177 (LSS)<br><br>**Re: Docket No. 125** |

**NOTICE OF FILING OF CORRECTED EXHIBIT TO MOTION OF RIGMORA BIOTECH INVESTOR ONE LP AND RIGMORA BIOTECH INVESTOR TWO LP FOR AN ORDER (I) DISMISSING THE CHAPTER 11 CASES AND/OR (II) GRANTING RELATED RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that, on January 6, 2025, Rigmora Biotech Investor One LP, by its general partner Unicorn Biotech Ventures One Ltd and Rigmora Biotech Investor Two LP, by its general partner Unicorn Biotech Ventures Two Ltd filed the *Motion of Rigmora Biotech Investor One LP and Rigmora Biotech Investor Two LP for Relief from the Automatic Stay* [D.I. 125] (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that the LPs hereby re-file Exhibit U (the "**Exhibit**") as referenced in the Motion and as attached hereto in **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that the Motion and the Exhibit and/or copies of any related document may be examined by interested parties on the Court's electronic docket for the above-captioned chapter 11 case, which is posted on the Internet at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

Dated: January 7, 2026  
Wilmington, Delaware

Respectfully Submitted,

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **DEBEVOISE & PLIMPTON LLP** |
| | |
| */s/ Clint M. Carlisle* | |
| John H. Knight (No. 3848) | Shannon Rose Selden (admiited *pro hac vice*) |
| Michael J. Merchant (No. 3854) | M. Natasha Labovitz (admitted *pro hac vice*) |
| Daniel E. Kaprow (No. 6295) | William H. Taft V (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | Zachary H. Saltzman (admitted *pro hac vice*) |
| Nicholas A. Franchi (No. 7401) | Natascha Born (admitted *pro hac vice*) |
| One Rodney Square | Carl Micarelli (admitted *pro hac vice*) |
| 920 North King Street | Sebastian Dutz (admitted *pro hac vice*) |
| Wilmington, DE 19801 | 66 Hudson Boulevard |
| Telephone: (302) 651-7700 | New York, New York 10001 |
| Facsimile: (302) 651-7701 | Telephone: (212) 909-6000 |
| Email: knight@rlf.com | Email: srselden@debevoise.com |
| merchant@rlf.com | nlabovitz@debevoise.com |
| kaprow@rlf.com | whtaft@debevoise.com |
| carlisle@rlf.com | zsaltzman@debevoise.com |
| franchi@rlf.com | nborn@debevoise.com |
| | cmicarelli@debevoise.com |
| | spdutz@debevoise.com |

*Counsel for Rigmora Biotech Investor One LP (by and through its general partner Unicorn Biotech Ventures One Ltd) and Rigmora Biotech Investor Two LP (by and through its general partner Unicorn Biotech Ventures Two Ltd)*