**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Apple Tree Life Sciences, Inc., *et al.*,[1] | Case No. 25-12177 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF STATUS CONFERENCE SCHEDULED FOR**
**NOVEMBER 23, 2026 AT 3:30 P.M. (EASTERN TIME)**

**This proceeding will be conducted in-person and via ZOOM. All counsel and witnesses may appear in-person and are also permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 2:30 p.m. (ET) on November 23, 2026 unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

Pursuant to the Court's direction, a status conference regarding the *Motion of ATP Life Science Ventures, L.P. for Entry of an Order (I) Authorizing the Fund Debtor to Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [D.I. 1280], will be held in person and via ZOOM, on **November 23, 2026, at 3:30 p.m. (Eastern Time)** before the Honorable Laurie Selber Silverstein.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Apple Tree Life Sciences, Inc. (4506); ATP Life Science Ventures, L.P. (8224); ATP III GP, Ltd. (6091); Apertor Pharmaceuticals, Inc. (3161); Initial Therapeutics, Inc. (2453); Marlinspike Therapeutics, Inc. (4757); Red Queen Therapeutics, Inc. (8563); Evercrisp Biosciences, Inc. (4437); Nine Square Therapeutics, Inc. (4503); and Nereid Therapeutics Incorporated (8493). The service address for ATP Life Science Ventures, L.P. is c/o Alvarez & Marsal Cayman Islands Limited, Attn: Kim Dennison, 2nd Floor, Flagship Building, 142 Seafarers Way, P.O. Box 2507, George Town, Grand Cayman, Cayman Islands, KY1-1104. The service address for each of the remaining Debtors is 230 Park Avenue, Suite 2800, New York, NY 10169.

Dated: November 23, 2026
Wilmington, Delaware

Respectfully submitted,

*<u>/s/ R. Craig Martin</u>*

R. Craig Martin (DE No. 5032)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

-and-

Gregory M. Juell (NY No. 5420120)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4000
Facsimile: (212) 335-4501
Email: gregory.juell@us.dlapiper.com

-and-

Shant K. Eulmessekian (NY No. 6094668)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
Email: shant.eulmessekian@us.dlapiper.com

*Counsel for the Fund Debtor*